# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1733.  IN THE INTEREST OF N. H. et al., CHILDREN.**

We granted the appellants' application for discretionary review in this termination case based on the limited information available to us in the application so that we could review their contentions with the benefit of a complete appellate record.

A careful and complete review of the entire record, the transcripts, and the briefs of the parties leaves no doubt that, under the deferential standard of review we must apply, there is no basis for reversal on any ground alleged.  Therefore, upon careful consideration of the entire record, applicable case law and statutory provisions, we hereby DISMISS this appeal as having been improvidently granted.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/26/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*